UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AARON JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:17-cv-00887-RWS |
| ) | |
| MERIDIAN MEDICAL TECHNOLOGIES,) | |
| A PFIZER COMPANY, ) | |
| ) | |
| Defendant. ) | |

*So Ordered*
*[signature] USDJ.*
*6/4/18*

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action with prejudice.

Dated: May 31, 2018

| Respectfully submitted, | |
|---|---|
| */s/ William J. Clark, IV*<br>William J. Clark, IV, #40134MO<br>Clark Law Offices, LLC<br>404 Florence<br>St. Louis, Missouri 63119<br>(314) 495-8797 (Phone)<br>(866) 970-2437 (Fax)<br>williamclark687@gmail.com<br><br>*Attorney for Plaintiff* | */s/ Jessica L. Liss*<br>Jessica L. Liss, #51331MO<br>Daniel P. O'Donnell, Jr., #59970MO<br>JACKSON LEWIS P.C.<br>7733 Forsyth Blvd., Suite 600<br>St. Louis, Missouri 63105<br>(314) 827-3939 (Phone)<br>(314) 827-3940 (Fax)<br>jessica.liss@jacksonlewis.com<br>daniel.odonnell@jacksonlewis.com<br><br>*Attorneys for Defendant Meridian Medical Technologies, Inc.* |

4821-0396-8870, v. 1